NO. 07-07-0163-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 29, 2008

______________________________

MICHAEL LOU GARRETT, APPELLANT

V.

JACK M. BORDEN, ET AL., APPELLEES

_________________________________

FROM THE 47
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 94,198-A; HONORABLE HAL MINER, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

DISSENTING OPINION

An inmate who files a claim that is subject to the grievance system established under Section 501.008 of the Texas Government Code is required to file with the trial court a 
copy
 of the written decision from the grievance system.  
See 
Tex. Civ. Prac. & Rem. Code Ann. § 14.005(a)(2) (Vernon 2006).  Appellees contend Appellant failed to comply with this statutory requirement because he did not attach “
actual
 copies” of the grievances.  
See Garrett v. Glenn,
 No. 07-06-0171-CV, 2006 WL 2639378 (Tex.App.–Amarillo Sept. 14, 2006, rev. denied) (mem. op.)  The majority finds that a verbatim,
(footnote: 1) albeit hand-typed, reproduction of the original written decision from the grievance system is not a 
copy.  
I respectfully disagree.

Patrick A. Pirtle

     Justice 

FOOTNOTES
1:
Appellant filed a separate document attesting to the truthfulness of these documents.  Appellees have not contested that affidavit nor raised a question as to the accuracy thereof.